UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LENORE VICTORIAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-00667-AGF |
| | ) | |
| WELLS FARGO HOME MORTGAGE, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion (ECF No. 112), which asks the Court to stay an unlawful detainer action pending in the Circuit Court of St. Charles County. Pursuant to a stipulation signed by the parties (ECF No. 7), Defendants previously voluntarily agreed to refrain from proceeding with the unlawful detainer action until this Court ruled on a motion to dismiss the lawsuit before it, in which Plaintiff challenged Defendants' foreclosure of her real property.

Although this Court ruled on Defendants' motion to dismiss in December 2015, granting it in part and denying it in part, Defendants apparently continued to voluntarily refrain from proceeding with the state-court unlawful detainer action thereafter, and until this Court entered final judgment in Defendants' favor on June 12, 2017.

Plaintiff now asks the Court to impose a stay of the state-court unlawful detainer action, but as Defendants note in their opposition, Plaintiff has not pointed to any

authority permitting the Court to do so.  Upon careful consideration, the Court concludes that it likely has no authority to grant the relief requested by Plaintiff and that, in any event, Plaintiff has failed to establish that such relief is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to stay the unlawful detainer action pending in the Circuit Court of St. Charles County is **DENIED**.  ECF No. 112.

									_____
									AUDREY G. FLEISSIG
									UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2017.